■ RICHARD SANTANA et al., Respondents, v CITY OF NEW YORK et al., Defendants, and 500 WEST 174TH STREET HOUSING

DEVELOPMENT FUND CORPORATION, Appellant. (And Other Actions.) [698 NYS2d 481] —Order, Supreme Court, New York County (Phyllis Gangel-Jacob, J.), entered on or about May 20, 1998, which denied defendant-appellant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

The court properly denied defendant-appellant's motion for summary judgment since the documentary and testimonial evidence establish the existence of a triable issue of fact as to whether defendant-appellant was an entity related to the Tenants Association, which allegedly managed the building at the time the fire in question occurred (*Friends of Animals v Associated Fur Mfrs.*, 46 NY2d 1065). Concur—Ellerin, P. J., Williams, Lerner, Rubin and Saxe, JJ.